ROSA ANNUNZIATO, Respondent, v. MARGARETHA SCHWITTERS and Others, Defendants, Impleaded with EDO J. SCHWITTERS and H. E. SCHWITTERS & SONS, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LORRAINE FOSTER, an Infant, etc., by DAVE FOSTER, Her Guardian ad Litem, and DAVE FOSTER, Respondents, v. HERSCH WALLACH, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HENRY ENGLANDER, an Infant, by HARRY ENGLANDER, His Guardian ad Litem, HARRY ENGLANDER, Appellants, v. SOLOMON BISGAIER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

M. H. HARRIS, Respondent, v. GUS K. WORMS and Others, Copartners, etc., Appellants.— Judgment modified by reducing the amount thereof as entered to the sum of $7,686.77 and costs, and as so modified affirmed, with costs to respondent. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BENJAMIN A. MOLDOFF, Appellant, v. LENATAN REALTY COMPANY, INC., Respondent.— Order modified by permitting plaintiff to serve an amended complaint with respect to the first cause of action in which he may state, if so advised, such special damage as he may have suffered, and as so modified affirmed without costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HONORE PALMER and POTTER PALMER, as Trustees, etc., of BERTHA HONORE PALMER, Deceased, Respondents, v. JOHN T. BROOK, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR MESSINA, Otherwise Called ANTHONY MESSINA and Others, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BEATRICE TREBICH, an Infant, by ISIDORE TREBICH, Her Guardian ad Litem, and ISIDORE TREBICH, Respondents, v. PATRICK McGOVERN, INC., Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

FRANCES POSNER, Respondent, v. SIEBERT REALTY CORPORATION, Appellant. — Judgment modified by reducing to the sum of $2,850.28, and as so modified affirmed, with costs to respondent. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES SOCRATES WEISS and Others, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

GOLO SLIPPER COMPANY, INC., Respondent, v. DOLLY SLIPPER CO., INC., Defendant, Impleaded with CORTLANDT GODWIN and Others, Copartners, etc., Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.